# ORIGINAL

Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only





**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Comite de Jornaleros de Glendale, et al., | NO. CV 04-3521 SJO (Ex) |
| Plaintiffs, | |
| v. | **JUDGMENT** |
| City of Glendale, | |
| Defendant. | |

The matter came before this Court on Plaintiffs Comite de Jornaleros de Glendale ("Comite de Jornaleros") or Committee of Day Laborers of Glendale and the National Day Laborer Organizing Network's ("NDLON") and Defendant City of Glendale's response to the Court's Order to Show Cause: (1) why the trial of the action on the merits should not be consolidated with the consideration of the application for preliminary injunction pursuant to Fed. R. Civ. P. 65(a)(2); and (2) why a permanent injunction and entry of final judgment should not issue. Having duly considered the issues, and a decision having been duly rendered, it is hereby ADJUDGED AND DECREED that:

1. The City of Glendale, as well as its officers, agents, servants, employees, and attorneys and those persons in active concert or participation with them are permanently enjoined from enforcing Glendale Municipal Code § 9.17.030 or from undertaking other acts to

THIS CONSTITUTES NOTICE OF ENTRY
AS REQUIRED BY FRCP, RULE 77(d)

(40)

1  discourage the speech the code section unlawfully prohibits. The City of Glendale shall be responsible for providing notice of this Order to its officers, agents, servants, employees, and attorneys and those persons in active concert of participation with them.

2. Any and all fines, penalties, or records of infractions of Glendale Municipal Code § 9.17.30 be rescinded or removed and restitution provided;

3. Plaintiffs are the prevailing party;

4. Plaintiffs recover from Defendant, under 42 U.S.C. § 1988, all of Plaintiffs' reasonable attorney fees, costs, and expenses of this litigation; and

5. Judgment be entered in favor of Plaintiffs and against Defendant.

Dated this 13 day of May, 2005.

_____
S. JAMES OTERO
UNITED STATES DISTRICT JUDGE